UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EMMANUEL ELLUL, VALERIE CARMACK and
HAZEL GOULDING, on behalf of themselves and all : Index No. 09 Civ. 10590 (PAC)
others similarly situated, : ECF Case

                         Plaintiffs,

  - against -

THE CONGREGATION OF CHRISTIAN BROTHERS,
THE ORDER OF THE SISTERS OF MERCY, MERCY
INTERNATIONAL ASSOCIATION and CATHOLIC
RELIGIOUS ORDER DOES 1-10,

                       Defendants.
--------------------------------------------------------------x

      PLEASE TAKE NOTICE that Plaintiffs in the above-captioned matter, by their attorneys, hereby appeal to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 1292(a)(1), from each and all aspects of the Judgment entered on March 25, 2011 based on the Opinion and Order of U.S. District Judge Paul A. Crotty of the Southern District of New York entered in this action on the 23rd day of March 2011. True and correct copies of the Judgment and Order are attached hereto. This Notice is hereby filed within 30 days of the Court's Order, and thus is timely filed under F.R.A.P. 4(a).

Dated: New York, New York
       April 25, 2011

                                        Respectfully submitted,

                                        By: H. Rajan Sharma (HS 3598)
                                        Neal A. DeYoung (ND 3098)
                                        SHARMA & DEYOUNG LLP
                                        286 Madison Avenue, Suite 2002,
                                        New York, New York 10017
                                        (212) 561-1907
                                        Attorneys for Plaintiff-Appellants